UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOSHER SKI TOURS INC., <br><br> *Plaintiff,* <br><br> -*against*- <br><br> OKEMO LIMITED LIABILITY COMPANY, <br><br> *Defendant*. | Case No.: 7:20-cv-09815-VB <br><br> **PLAINTIFF'S NOTICE OF MOTION TO AMEND AND SUPPLEMENT COMPLAINT** |

**PLEASE TAKE NOTICE THAT**, upon the attached Memorandum of Law and the accompanying Declaration of Solomon N. Klein, and the exhibits attached thereto, Plaintiff Kosher Ski Tours Inc. ("KST"), by its attorneys, will move before the Honorable Vincent L. Briccetti at the United States Courthouse, 300 Quarropas St., White Plains, New York 10601, on a date and at a time to be set by this Court, for an order granting Plaintiff leave to amend and supplement its Complaint pursuant to Federal Rule of Civil Procedure Rule 15, and granting such other and further relief to Plaintiff as the Court deems just. Pursuant to the Court's Order dated July 22, 2021 (ECF. No. 58), any opposition hereto must be filed on or by August 9, 2021, and any reply hereto must be filed on or by August 16, 2021.

1

Dated: July 26, 2021
       New York, NY

**Law Office of Solomon N. Klein**
By: /s/ Solomon N. Klein
Solomon N. Klein
99 Wall Street, Suite 1915
New York, New York 10005
Telephone: (212) 575-0202
Facsimile: (347) 467-2798
sklein@solomonklein.com

*Counsel for Plaintiff Kosher Ski Tours, Inc.*

To: Charles Michael
Jason E. Meade
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 506-3900
Fax: (212) 506-3950
cmichael@steptoe.com
jmeade@steptoe.com
*Attorneys for Defendant Okemo Limited Liability Company*