UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KOSHER SKI TOURS INC.,
            Plaintiff,

v.

OKEMO LIMITED LIABILITY COMPANY,
            Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 9815 (VB)

      On February 23, 2022, the Court received three improperly submitted faxes from plaintiff concerning a discovery dispute, which, according to the latest fax, is now resolved.

      The Court will destroy the three faxes.

      In the future, and unless the Court permits otherwise, all correspondence with the Court must be filed via ECF. Individual Practices ¶ 1.A.iii. To the extent any party seeks to file material under seal, it must comply with the standards set forth in Lugosch v. Pyramid Co., 435 F.3d 110 (2d Cir. 2006), as well as the instructions set forth in the Court's Order Regarding Sealed Documents. (Doc. #50).

Dated: February 23, 2022
      White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge