UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KOSHER SKI TOURS INC.,
                Plaintiff,

v.

OKEMO LIMITED LIABILITY COMPANY,
                Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 9815 (VB)

As discussed at conference held in person today, at which counsel for both parties appeared, it is HEREBY ORDERED:

1.    The parties are directed to discuss settlement in good faith.

2.    By **December 9, 2022**, the parties shall submit a joint letter regarding the status of settlement discussions, including whether there is anything the Court can do to assist in that regard. The letter shall also indicate whether either party intends to file a premotion letter in contemplation of a motion for summary judgment.

Dated: November 9, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge