UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KOSHER SKI TOURS INC.,
                Plaintiff,

v.

OKEMO LIMITED LIABILITY COMPANY,
                Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 9815 (VB)

3/17/23

As discussed at a conference held on the record today, attended by counsel for both parties, it is HEREBY ORDERED:

1. The parties are directed to discuss settlement in good faith.

2. By **April 17, 2023,** defense counsel shall submit a joint letter regarding the status of settlement discussions, including whether there is anything the Court can do to assist in that regard.

3. By **May 17, 2023,** defendant shall file its motion for summary judgment. By **June 16, 2023,** plaintiff shall file its opposition. By **June 30, 2023,** defendant shall file its reply.

Dated: March 17, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge