UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KOSHER SKI TOURS, INC.,
             Plaintiff,

v.

OKEMO LIMITED LIABILITY COMPANY,
             Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 9815 (VB)

      As discussed at a conference held today, attended by counsel for all parties, it is HEREBY ORDERED:

1. This case is referred to Magistrate Judge Victoria Reznik for a settlement conference.

2. By **February 8, 2024**, plaintiff's counsel shall file a joint letter informing the Court whether both parties consent to conducting all further proceedings before a Magistrate Judge, including trial, pursuant to 28 U.S.C. § 636(c). If both parties do so consent, they shall execute and file a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form.

3. By **May 31, 2024**, the parties shall submit a Joint Pretrial Order, which shall comply with both Federal Rule of Civil Procedure 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

4. By **July 31, 2024**, the parties shall submit proposed voir dire, any motions in limine, joint requests to charge, and a joint verdict form. (See Paragraph 4.B of the Court's Individual Practices). The parties' joint proposed jury instructions shall consist of a single document, noting any areas of disagreement between the parties. The proposed instructions shall include both the text of any requested instruction and a citation, if available, to the authority from which it derives. The proposed instructions should also be submitted by email to Chambers in Word format.

5. By **August 14, 2024**, the parties shall file oppositions to motions in limine, if any. No replies will be permitted absent prior Court approval.

6. A final pre-trial conference will be held on **September 17, 2024, at 11:00 a.m.**

7. Jury selection and trial are scheduled to begin on **September 23, 2024, at 9:30 a.m.**

Dated: January 25, 2024
       White Plains, NY

                            SO ORDERED:

                            *[signature]*
                            Vincent L. Briccetti
                            United States District Judge