**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KOSHER SKI TOURS INC.,

                                        Plaintiff,

            -against-

OKEMO LLC.,

                                        Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 1/29/2024

20-CV-9815 VB-VR

**ORDER RE**
**SETTLEMENT CONFERENCE**
**PROCEDURES**

**VICTORIA REZNIK, United States Magistrate Judge:**

This matter is scheduled for a telephonic settlement conference before Magistrate Judge

Victoria Reznik on **March 13,  2024 at 2:30 pm** in Courtroom 420 at

HON. CHARLES L. BRIEANT JR.FEDERAL BUILDING AND COURTHOUSE,

300 QUARROPAS STREET

WHITE PLAINS, NY 10601.

The following procedures shall apply.

1.  **Confidentiality.** All settlement conferences are "off the record" and strictly

confidential. All communications relating to settlement may not be used in discovery and will

not be admissible at trial.

**REQUIRED**

2.  ***Ex parte* letter submissions.** No later than five (5) business days before the

conference, counsel for Defendant must send the Court by e-mail an *ex parte* letter, marked

"Confidential Material for Use Only at Settlement Conference," which should not be served on

the other parties or filed on ECF. The letter should be sent by e-mail to:

ReznikNYSDChambers@nysd.uscourts.gov.

The *ex parte* letters must not exceed ten (10) pages in length (not including exhibits)

unless permission to do so has been granted by the Court. The letter should include, at a

minimum, the following: (1) the history of settlement negotiations, if any, including any prior

offers or demands; (2) the key issues of fact and/or law in the case; (3) the party's evaluation of

the settlement value of the case and the rationale for it; (4) any case law authority in support of the party's settlement position; and (5) any other facts that would be helpful to the Court in preparation for the conference.  If a letter is accompanied by attachments exceeding ten (10) pages, the submitting party shall deliver a hard copy of the letter plus attachments to the Court.

     3.  **Exchange of Demand/Offer.** If the plaintiff has not already made a settlement demand, such a demand must be communicated to the opposing party **<u>no later than 14 days before the conference</u>**. If it has not already done so, the opposing party shall respond to any demand **<u>no later than 7 days thereafter</u>**. The parties should not wait for the settlement conference to start negotiations of a resolution of their dispute.

     4.  **Attendance.** It is the Court's standard practice to require parties – and not just counsel – to attend settlement conferences. A person with ultimate settlement authority on behalf of each party must attend the settlement conference or otherwise be available by phone to approve any proposed settlement. Any party who fails to comply with the attendance requirements may be required to reimburse all other parties for their time and travel expenses, if any, and may face other sanctions.

     **SO ORDERED.**

DATED:     White Plains, New York
            January 29, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge