**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KOSHER SKI TOURS INC., <br><br> *Plaintiff*, <br><br> -*against*- <br><br> OKEMO LIMITED LIABILITY COMPANY, <br><br> *Defendant.* | Case No. 20-CV-09815 (VB) |

**NOTICE OF MOTION FOR SECOND MOTION IN LIMINE**

PLEASE TAKE NOTICE that Plaintiff, by its attorneys, hereby moves this Court to exclude defendant's proffered covid-19 expert pursuant to FRE 702 and FRE 703. In support of its motion Plaintiff submits the accompanying Memorandum of Law in Support and the Declaration of Solomon N. Klein, dated August 7, 2024.

PLEASE TAKE NOTICE that the motion will be heard before the Honorable Vincent L. Briccetti at the United States Courthouse, 300 Quarropas St., White Plains, New York 10601, on a date and at a time to be set by this Court, for an order granting Plaintiff's motion, and granting such other and further relief to Plaintiff as the Court deems just.

Dated: August 7, 2024
      New York, New York

                                                /s/ Solomon N. Klein
                                                Solomon N. Klein