```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-3-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KOSHER SKI TOURS, INC.,

                       Plaintiff,

-against-

OKEMO LIMITED LIABILITY COMPANY,
                       Defendant.
------------------------------------------------------------X

20 CIVIL 9815 (VB)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Vincent L Briccetti, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

DATED: ~~New York~~, White Plains, New York
           October 03, 2024

So Ordered:

_____
U.S.D.J.

DANIEL ORTIZ
_____
Acting Clerk of Court

BY: _____
Deputy Clerk