**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

KOSHER SKI TOURS, INC.,

         Plaintiff,

    - against -                  Case No. 7:20-cv-09815-VB

OKEMO LIMITED LIABILITY COMPANY,

         Defendant.

## <u>DEFENDANT'S NOTICE OF TAXATION OF COSTS</u>

Please take notice that Defendant Okemo Limited Liability Company ("Okemo"), by and through undersigned counsel, respectfully submits its Notice of Taxation of Costs.

The Bill of Costs detailing the expenses incurred is attached hereto as Exhibit 1.

Total costs claimed: $7,040.77.

The date of taxation is November 15, 2024.

Dated: November 1, 2024

                         Respectfully Submitted,

                         */s/ Tanner J. Walls*
                         Tanner J. Walls, Esq.
                         FENNEMORE CRAIG, P.C.
                         3615 Delgany St., #1100
                         Denver, CO 80216
                         Tel: (303) 291-3200
                         Email: twalls@fennemorelaw.com

                         Mikhail A. Shah, Esq.
                         MESSNER REEVES LLP
                         88 Pine Street, Ste., 2450
                         New York, New York 10005
                         Tel:  (646) 663-1860
                         Email:  mshah@messner.com
                         *Attorneys for Defendant*
                         *Okemo Limited Liability Company*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of November 2024, a true copy of the foregoing **DEFENDANT'S NOTICE OF TAXATION OF COSTS** was filed and served via CM/ECF filing system on the following:

Solomon N. Klein, Esq.
Tzirel Klein, Esq.
Law Office of Solomon N. Klein
New City, NY 10005
(212) 575-0202

*Attorneys for Plaintiff*

*/s/ Tanner J. Walls*