**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

KOSHER SKI TOURS, INC.,

          Plaintiff,

  - against -                              Case No. 7:20-cv-09815-VB

OKEMO LIMITED LIABILITY COMPANY,

          Defendant.

## DEFENDANT'S BILL OF COSTS

Judgment having been entered in the above entitled action on October 3, 2024 against plaintiff Kosher Ski Tours, Inc., the Clerk is requested to tax the following as costs:

Fees for witnesses:                                 $2,699.38

Fees for transcripts necessarily obtained for use in the case: $4,321.39

Docket Fees under 28 U.S.C. § 1923:          $20.00

                    **TOTAL**     **$7,040.77**

An itemization of costs is attached hereto as Exhibit A.

Backup documentation is attached hereto as Exhibit B.

## DECLARATION OF TANNER WALLS

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties by electronic service.

 Dated: November 1, 2024

                                       */s/ Tanner J. Walls*
                                       Tanner J. Walls, Esq.
                                        FENNEMORE CRAIG, P.C.
                                        3615 Delgany St., #1100
                                        Denver, CO 80216
                                        *Attorneys for Defendant*
                                        *Okemo Limited Liability Company*

{08358823 / 1}                                                              **EXHIBIT 1**