**ITEMIZATION OF COSTS**
***KOSHER SKI TOURS V. OKEMO***

| Date | Item | Description | Cost |
|------|------|-------------|------|
| 10/26/2021 | Deposition Transcript | Cheryl Braucht | $30.00 |
| 10/28/2021 | Deposition Transcript | Sarah Franzese | $30.00 |
| 2/16/2022 | Deposition Transcript | Dennis Barquinero | $30.00 |
| 5/12/2022 | Deposition Transcript | Wendy Ackerman | $30.00 |
| 6/13/2022 | Deposition Transcript | Yaakov Biderman | $2,789.29 |
| 6/15/2022 | Deposition Transcript | Terry Ann Fortuna | $30.00 |
| 11/7/2022 | Deposition Transcript | Thomas Theurkauf | $1,382.10 |
| **Total** | | | **$4,321.39** |
| | | | |
| 9/25/2024 | Expert Witness Mark Roberts, M.D. | Airfare Milwaukee to New York to testify at trial | $866.96 |
| 9/25/2024 | Expert Witness Mark Roberts, M.D. | Mileage to Milwaukee airport 86 miles at .67/mile | $57.62 |
| 9/25/2024 - 9/27/2024 | Expert Witness Mark Roberts, M.D. | Opus hotel during trial | $1,342.76 |
| 9/25/2024 | Expert Witness Mark Roberts, M.D. | Uber transportation from airport to Opus hotel | $167.68 |
| 9/27/2024 | Expert Witness Mark Roberts, M.D. | Uber transportation from Opus hotel to airport | $106.38 |
| 9/25/2024-9/27/2024 | Expert Witness Mark Roberts, M.D. | Parking at Milwaukee airport | $42.00 |
| 9/25/2024-9/27/2024 | Expert Witness Mark Roberts, M.D. | Meals | $115.98 |
| **Total** | | | **$2,699.38** |
| | | | |
| | Docket Fees | | **$20.00** |
| | | | |
| **Grand Total** | | | **$7,040.77** |

EXHIBIT A