**Veritext, LLC - New York Region**

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: | Mikhail Shah |
| | Messner Reeves LLP |
| | 88 Pine Street |
| | Suite 2450 |
| | New York, NY, 10005 |

| | |
|---|---|
| **Invoice #:** | **5842020** |
| **Invoice Date:** | **6/13/2022** |
| **Balance Due:** | **$2,789.29** |

| | |
|---|---|
| **Case: Kosher Ski Tours, Inc. v. Okemo Limited Liability Company (7:20cv09815VB)** | **Proceeding Type: Depositions** |

Job #: 5248744  |  Job Date: 5/24/2022  |  Delivery: Normal

| | |
|---|---|
| Location: | New York, NY |
| Billing Atty: | Mikhail Shah |
| Scheduling Atty: | Mikhail Shah \| Messner Reeves LLP |

| Witness: Yaakov Biderman | Quantity | Price | Amount |
|---|---|---|---|
| Original with 1 Certified Transcript | 388.00 | $5.45 | $2,114.60 |
| Attendance | 3.00 | $95.00 | $285.00 |
| Surcharge - Extended Hours (Pages) | 55.00 | $1.50 | $82.50 |
| Exhibits | 76.00 | $0.45 | $34.20 |
| Veritext Virtual Primary Participants | 1.00 | $195.00 | $195.00 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Exhibits - Scanned/Searchable/OCR | 76.00 | $0.00 | $0.00 |
| Delivery & Handling | 1.00 | $29.99 | $29.99 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,789.29** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,789.29** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| **Invoice #:** | **5842020** |
| **Invoice Date:** | **6/13/2022** |
| **Balance Due:** | **$2,789.29** |

EXHIBIT B

**Veritext, LLC - Western Region**

Tel. 303-988-8470 Email: Clientservices-CO@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Tanner J. Walls
Moye White
1400 16th St
Flr 6
Denver, CO, 80202

| | |
|---|---|
| **Invoice #:** | **6158100** |
| **Invoice Date:** | **11/7/2022** |
| **Balance Due:** | **$1,382.10** |

| | |
|---|---|
| **Case: Kosher Ski Tours, Inc. v. Okemo Limited Liability Company (7:20cv09815VB)** | **Proceeding Type: Depositions** |

Job #: 5490574    |    Job Date: 10/20/2022    |    Delivery: Normal

Location:          Denver, CO

Billing Atty:      Tanner J. Walls

Scheduling Atty:   Tanner J. Walls | Moye White

| Witness: Thomas F. Theurkauf | Quantity | Amount |
|---|---|---|
| Original with 1 Certified Transcript | 166.00 | $771.90 |
| Attendance (Half Day) | 1.00 | $175.00 |
| Exhibits | 42.00 | $14.70 |
| Litigation Package-Secure File Suite | 1.00 | $47.50 |
| Production & Processing | 1.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,382.10** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,382.10** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 84 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Bank Addr:**311 W. Monroe Chicago, IL 60606
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:** 6158100
**Invoice Date: 11/7/2022**
**Balance Due: $1,382.10**

Pay by Credit Card: www.veritext.com

75068

**Rockland & Orange Reporting**

**2 Congers Road, Suite 2, New City, New York 10956 • (845) 634-4200 • Fax: (845) 634-2943**

ID# 13-3734525

*To:* FENNEMORE

3615 DELGANY ST STE 1100

DENVER                CO    80216-

*Attn:* Hope S. Stone

| | |
|---|---|
| *Date Billed:* | 9/13/24 |
| *Invoice No:* | 24-1262 |

*File#:*

*C L I E N T' S   C O P Y*

**Re:**   Kosher Ski Tours, Inc. v. Okemo LLC

Furnished PDF each of PROCEEDINGS held on 10/26/21, 1028/21, 2/16/21, 5/12/22, 6/15/22 in the above-entitled matter.                    $150.00

PAID IN FULL.  Thank you.

SF/FS/PDF

*To assure proper credit please return copy with remittance.*

*Payment Due Upon Receipt. All balances over 30 days will be assessed at 1.5% per month not to exceed the legal limit.*

*Visit us on the web at www.courtreportingny.com/*

**From:** **Delta Air Lines**
**To:** **Mark Roberts**
**Subject:** [EXTERNAL] Your Flight Receipt - MARK A ROBERTS 25SEP24
**Date:** Sunday, September 22, 2024 11:32:17 PM

View as a web page



#9333884485
SkyMiles® Member

## Confirmation Number

### H25NOM

eReceipt_Email Header.jpg

You're all set. If your plans change, you can make adjustments or cancel your itinerary on **MyTrips** on the Fly Delta app or **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

**Passenger Info**

Name: MARK A ROBERTS
SkyMiles #9333884485

| FLIGHT | SEAT |
|--------|------|
| DELTA 4924 | 06D |
| DELTA 3729 | 07D |

Visit **delta.com** or download the **Fly Delta app** to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit **My Trips** to access a receipt of your purchase.

| Wed, 25SEP | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 4924*<br>Delta Comfort+® (S) | MILWAUKEE, WI<br>10:54am | NYC-LAGUARDIA<br>2:11pm |

| Fri, 27SEP | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 3729*<br>Delta Comfort+® (S) | NYC-LAGUARDIA<br>10:29am | MILWAUKEE, WI<br>12:07pm |

*Flight 4924 Operated by ENDEAVOR AIR DBA DELTA CONNECTION

*Flight 3729 Operated by SKYWEST DBA DELTA CONNECTION

**MANAGE MY TRIP**

## Flight Receipt

Ticket #: **0062270256850**
Place of Issue:
Issue Date: 22SEP24
Expiration Date: 22SEP25

| METHOD OF PAYMENT |
|-------------------|
| | |

| CA***********3583 | $866.96 USD |
|---|---|

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $778.38 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $58.38 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $10.00 USD |
| **TICKET AMOUNT** | **$866.96 USD** |

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit **delta.com** for details on baggage embargoes that may apply to your itinerary.

| Wed 25 Sep 2024 | | MKE-LGA |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | $35.00$^{USD}$ (50LBS/23KG) OR 3,500 miles | $45.00$^{USD}$ (50LBS/23KG) OR 4,500 miles |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other

carrier's complete **baggage information**.

| Fri 27 Sep 2024 | | LGA-MKE |
| --- | --- | --- |
| CARRY ON | FIRST | SECOND |
| FREE | $35.00$^{USD}$ (50LBS/23KG) OR 3,500 miles | $45.00$^{USD}$ (50LBS/23KG) OR 4,500 miles |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

# Your Pre-Trip Checklist For Easier Travel






| Book Delta Stays And Car Rentals | Flight Deals And More Delivered | Visit Our Help Center |
| --- | --- | --- |
| Earn miles by booking your travel accommodations with our hotel and car rental partners. | Opt in through your SkyMiles profile to receive the latest flight deals and promotions. | Find information on self-service tools, baggage, SkyMiles and more. |
| **Book Today ›** | **Update Your Account ›** | **Explore Now ›** |

## Request Special Services

We are here to help. Complete our **Service Request Form** if you need extra assistance during your trip.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit **delta.com Restricted Items Section.**



Help Center    •    Flight Deals    •    Earn Miles    •    Stays & Cars

Privacy Policy

We believe travel can change the world. For good. Learn more about our Flight to Net Zero$^{SM}$ at delta.com/sustainability.

### Terms & Conditions

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your

remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: MKE DL NYC Q0.35 388.84HA0QA0IL DL MKE Q0.35 388.84HA0QA0IL USD778.38END ZP MKELGA XF MKE4.5LGA4.5

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta® operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change,

substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions and information, please visit delta.com/myprofile/preferences.

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier (www.delta.com/appr) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( www.delta.com/appr) ou visiter le site Web de l'Office des transports du Canada.*

## COPYRIGHT INFORMATION

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

## PRIVACY POLICY

Your privacy is important to us. Please review our Privacy Policy.

You are receiving this operational message due to your upcoming travel or recent activity with Delta. Even if you have opted-out of receiving Delta marketing communications, you may still receive operational emails with relevant information based on your upcoming travel or recent activity.

This email was sent to: mroberts@exponent.com

© 2024 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001

# THE OPUS
*Westchester*

Mark  Roberts
2924 Nagawicka Ave
Delafield, WI 53018
United States

| | |
|---|---|
| Room Number: | 0611 |
| Arrival Date: | 09/25/24 |
| Departure Date: | 09/27/24 |
| CRS Number: | 80320014 |
| Rewards No: | XXXXX4112 |
| Page No: | 1 of 1 |

INVOICE

Folio No: 429237

09/27/24

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 09/25/24 | Room Charge | | | 734.00 | |
| 09/25/24 | County Occupancy Tax | | | 22.02 | |
| 09/25/24 | NY Sales Tax | | | 61.47 | |
| 09/25/24 | City Occupancy Tax | | | 22.02 | |
| 09/26/24 | Room Charge | | | 440.00 | |
| 09/26/24 | County Occupancy Tax | | | 13.20 | |
| 09/26/24 | NY Sales Tax | | | 36.85 | |
| 09/26/24 | City Occupancy Tax | | | 13.20 | |
| 09/27/24 | Mastercard | XXXXXXXXXXXX3583 | XX/XX | | 1,342.76 |
| | Total | | | 1,342.76 | 1,342.76 |
| | Balance | | | 0.00 | |

On behalf of META GOOGLE HA, thank you for choosing The Ritz-Carlton, Westchester.

THREE RENAISSANCE SQUARE, WHITE PLAINS, NY 10601
ph. (914) 946-5500  www.TheOpusWestchester.com

From:   noreply=uber.com@mqt.uber.com on behalf of Uber Receipts
To:     Mark Roberts
Subject: [EXTERNAL] [Mark Roberts] Your Wednesday afternoon trip with Uber
Date:   Wednesday, September 25, 2024 4:45:24 PM



Total $167.68
September 25, 2024

## Thanks for tipping, Mark

Here's your updated Wednesday afternoon ride receipt.

## Total                                    $167.68

Learn more about the government-mandated pricing rules, taxes, and fees that make trips in NYC more expensive.

| | |
|---|---|
| Trip fare | $107.88 |
| Subtotal | $107.88 |
| Out of Town Surcharge | $10.00 |
| Bronx Whitestone Bridge | $6.94 |
| NYC I-95 New England Thruway | $1.75 |
| LGA Airport Surcharge | $2.50 |
| New York State Benefits Surcharge | $1.77 |
| Tip | $21.87 |

| | |
|---|---|
| Sales Tax ☐ | $11.61 |
| NY State Black Car Fund ☐ | $3.36 |

---

Payments



| | | |
|---|---|---|
| 🔲 | **Mastercard ••••3583**<br>9/25/24 3:04 PM | $145.81 |
| 🔲 | **Mastercard ••••3583**<br>9/25/24 5:45 PM | $21.87 |

Affiliated with UBER USA, LLC (B03404)

Dispatched by UBER USA, LLC (B03404)

To submit a complaint to the NYC TLC, please call 311.

Switch Payment Method

Download PDF

## You rode with Ella

4.99 ☐ Rating          ⟳    Has passed a multi-step safety screen

License Plate: T107902C

FHV License Number: 5897086

Driver's TLC License Number: 5896559

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more



UberX    29.44 miles | 49 min

2:15 PM

Terminal C, LaGuardia Airport

(LGA), Flushing, NY 11371,





US

3:04 PM

3 Renaissance Sq, White
Plains, NY 10601-3001, US



Report lost item          Contact support          My trips

Forgot password          Uber Technologies
                         1725 3rd Street,
Privacy                  San Francisco,
                         California
Terms                    94158

From: Uber Receipts
To: Mark Roberts
Subject: [EXTERNAL] [Mark Roberts] Your Friday morning trip with Uber
Date: Friday, September 27, 2024 4:02:30 PM



Total $106.38
September 27, 2024

# Thanks for tipping, Mark

Here's your updated Friday morning ride receipt.

# Total                    $106.38

Good news - you've been refunded a portion of your original upfront price on this trip because of a change to the anticipated route.

| Trip fare | $51.94 |
|---|---|
| Subtotal | $51.94 |
| Bronx Whitestone Bridge | $6.94 |
| Reservation Fee | $8.00 |
| Booking Fee | $12.08 |
| LGA Airport Surcharge | $2.50 |
| New York State Benefits Surcharge | $2.11 |
| Tip | $17.73 |

| | |
|---|---|
| TNC Assessment Fee ☐ | $2.97 |
| NY State Black Car Fund ☐ | $2.11 |

---

Payments



| | | |
|---|---|---|
| ? | **Visa ••••2668**<br>9/27/24 8:13 AM | $88.65 |
| ? | **Visa ••••2668**<br>9/27/24 5:02 PM | $17.73 |

Switch Payment Method

Download PDF

## You rode with SALVATORE

4.91 ☐ Rating                    ◌   Has passed a multi-step safety screen

Rasier-NY, LLC (TNC170002)

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more



**UberX**   23.45 miles | 46 min

7:25 AM
3 Renaissance Sq, White
Plains, NY 10601-3001, US

8:12 AM
Gates 60 - 98, LaGuardia
Airport (LGA), Flushing, NY
11371, US





Report lost item | Contact support | My trips

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

Thank you for flying MKE!
P13 EXIT
DATE: 09/27/24
TIME: 12:39 PM

Receipt No.    5/970/100/2
* Copy *
Ticket:**20541170**
Entry : 09/25/24 09:16 AM
LPR    :

TAX included        **42.00**

Credit:            42.00
Trans ID : 780755965
Card No. : XXXXXXXXXXXX2668
Card Type: VISA

Questions?
414-747-4561
parking@mitchellairport.com

**Thai Den**
2 WESTCHESTER AVENUE
WHITE PLAINS, NY 10601
9142891888
https://thaidenrestaurant.com

## ORDER: B3 - Bar Room
## Dine In

Cashier: Art
26-Sep-2024 7:53:09P

Transaction 000003

| | | |
|---|---|---|
| 1 | Beer | $6.00 |
| 1 | Crab Rangoon | $8.00 |
| 1 | Pad Thai | $17.00 |

| | |
|---|---|
| Subtotal | $31.00 |
| Sales Tax      8.375% | $2.60 |
| service charge (3.0%) | $0.93 |
| Total | $34.53 |
| CREDIT CARD AUTH | $34.53 |
| VISA 2668 | |

Tip _____

Total _____

Retain this copy for statement
validation

26-Sep-2024 8:30:06P
$34.53 | Method: EMV
VISA CREDIT
XXXXXXXXXXX2668
MARK ROBERTS
Reference ID: 427100630585
Auth ID: 00194C
MID: ********4886
AID: A0000000031010
AthNtwkNm: VISA
SIGNATURE

3% transaction fee for all credit
and debit cards

Get 32 points toward

Dos Toros
LaGuarida Airport Terminal C
East Elmhurst, NY 11371

Server: Joshua V
Check #56
Guest Count: 1
Ordered:                          9/27/24 8:37 AM

1 Coffee                                  $3.59
1 Burrito                                 $9.55
 Seared Carne Asada                       $5.84
 No Guacamole
 No Queso Blanco

Subtotal                                 $18.98
Tax                                       $1.69
Tip                                       $2.85
Total                                    $23.52

Input Type               C (EMV Chip Read)
VISA CREDIT                      xxxxxxxx2668

Transaction Type                          Sale
Authorization                         Approved
Approval Code                          02330C
Payment ID                       MyH9tFMXnwLL
Application ID               A0000000031010
Application Label              VISA CREDIT
Terminal ID               f5881ce477ddcd92
Card Reader                             BBPOS

          VISA CARDHOLDER

          Powered by Toast

```
           STORE # NY-1279
            240 Main Street
         White Plains, NY 10601
          Phone (914) 422-3483

                                      4:21:14 PM
9/25/2024
Order Id: AAA8KMHEACB7
83 - FIVE GUYS
Employee: CLAUDI P

-----------------------------------------------

                    83

-----------------------------------------------


  1 Bacon Cheeseburger              $12.79
    Bacon                            $0.00
    Mayo                             $0.00
    Lettuce                          $0.00
  1 Little Fry                       $5.69
  1 Milk Shake                       $6.69
    Strawberry                       $0.00

Sub Total                           $25.17

Sales Tax                            $2.11

Order Total                         $27.28

Cash                                $30.00

Change Due                           $2.72

          --> Order Closed <--


*****************************************
     Don't throw away your receipt!!!!
```