**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

KOSHER SKI TOURS, INC.,

        Plaintiff,

  - against -                        Case No. 7:20-cv-09815-VB

OKEMO LIMITED LIABILITY COMPANY,

        Defendant.

**ORDER RE: TAXATION OF COSTS**

Costs are taxed in the amount of $7,040.77 and included in the judgment.

_____        By:_____
        Clerk of Court                           Deputy Clerk

Date: